No. 99–946. SOHI v. OHIO STATE DENTAL BOARD. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 99–997. REILLY v. NATWEST MARKETS GROUP, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–1002. LOPEZ v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 99–1063. BOYLE v. INTERNAL REVENUE SERVICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–5395. SYNEK v. GRAMLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–5774. BROOKS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–6135. O'SHEA v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 99–6224. NEVAREZ-GONZALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6370. GARNER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–6383. FELIZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–6444. PAVELETZ v. UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT. C. A. 3d Cir. Certiorari denied.

No. 99–6544. LESCS v. WILLIAM R. HUGHES, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–6560. LIBBY v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 99–6633. PAZ-AGUILAR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.